**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-6809**

─────────────

AMARU EDWARD BARNES,

　　　　　　Plaintiff - Appellant,

　　　v.

MANGUM, a/k/a Magnum, Correctional Officer,

　　　　　　Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  W. Carleton Metcalf, Magistrate Judge.  (1:25-cv-00065-MR-WCM)

─────────────

Submitted:  July 23, 2026　　　　　　　　　　　　Decided:  July 27, 2026

─────────────

Before WYNN and HARRIS, Circuit Judges, and FLOYD, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Amaru Edward Barnes, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amaru Edward Barnes seeks to appeal the magistrate judge's recommendation to the district court that Barnes's civil complaint be dismissed. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The magistrate judge's recommendation is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*